| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194<br>Chief Trial Deputy |
| 3 | KELLY COLLINS, State Bar #277988<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-3914 |
| 6 | Facsimile: (415) 554-3837<br>E-Mail: kelly.collins@sfcityatty.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MARIO GONZALEZ, NORMAN BUSTOS and
JAMES ARAGON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD A. FRANKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SHERIFF'S DEPUTY MARIO GONZALES STAR #1990, SHERIFF'S DEPUTY NORMAN BUSTOS STAR 1996, LEAD SHERIFF'S DEPUTY JAMES ARAGON, JOHN DOES #1-2,<br><br>    Defendants. | Case No. 3:17-cv-05099 EMC (MEJ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: Not Set |

For good cause appearing, the Court hereby ORDERS that the Case Management Conference set for June 7, 2018, be vacated, and that the matter be rescheduled for a Case Management Conference on ___August 9,___, 2018.  A case management statement is due one week before the conference.

Dated: _5/29/2018_____     _____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

# PROOF OF SERVICE

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On May 21, 2018, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

on the following persons at the locations specified:

| | |
|---|---|
| Donald A. Franklin<br>2235 3rd Street, W303<br>San Francisco, CA 94107<br>*donald.a.franklin@gmail.com*<br><br>Plaintiff in Pro Per<br><br>(415) 294-0203 (Telephone) | Jennifer Seraphine, Esq.<br>Jacob Zweig, Esq.<br>Turner Boyd<br>702 Marshall Street, Suite 640<br>Redwood City, CA 94063-1826<br>*seraphine@turnerboyd.com*<br>*zweig@turnerboyd.com*<br><br>(650) 265-6018 (Telephone)<br><br>*Attorneys For Plaintiff*<br>*(For Deposition & Settlement Only)* |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 21, 2018, at San Francisco, California.

*/s/ Annamarie Davis*
ANNAMARIE DAVIS